**DISMISS; Opinion issued April 19, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01109-CV**

**WALTER SEGOVIA, Appellant**
**V.**
**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01757-2012**

**MEMORANDUM OPINION**

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice FitzGerald

The $175 filing fee in this case is overdue. By letter dated August 13, 2012, we notified appellant the fee was due. We directed appellant to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. Also by letter dated August 13, 2012 we notified appellant the time for filing his docketing statement had expired. We cautioned appellant that failure to file his docketing statement might result in the dismissal of the appeal. To date, appellant has not paid the filing fee, filed his docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b),(c).

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

121109F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WALTER SEGOVIA, Appellant

No. 05-12-01109-CV      V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-01757-2012.
Opinion delivered by Justice FitzGerald.
Justices Bridges and Myers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WELLS FARGO BANK, N.A. recover its costs of this appeal from appellant WALTER SEGOVIA.

Judgment entered April 19, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE